1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM LLOYD VITON,                    )   1:08-cv-01666-OWW-JLT HC
                                             )
12 |                     Petitioner,         )   ORDER CONSTRUING PETITIONER'S
                                             )   REQUEST FOR JUDICIAL NOTICE AS
13 |      v.                                  )   MOTION TO SUPPLEMENT TRAVERSE
                                             )
14 | JAMES D. HARTLEY,                       )   ORDER GRANTING PETITIONER'S MOTION
                                             )   TO SUPPLEMENT TRAVERSE   (Doc. 20)
15 |                     Respondent.         )
                                             )

16

17      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

18 pursuant to 28 U.S.C. § 2254.

19                               **PROCEDURAL HISTORY**

20      On October 3, 2008, Petitioner filed the instant petition for writ of habeas corpus in the

21 United States District Court for the Central District of California. (Doc. 1). On October 31, 2008,

22 the case was transferred to this Court. (Doc. 4). On March 30, 2009, the Court ordered Respondent

23 to file a response (Doc. 11), and on May 26, 2009, Respondent filed the response. (Doc. 18). On

24 June 15, 2009, Petitioner filed his Traverse. (Doc. 19). On July 24, 2009, Petitioner filed the instant

25 request for judicial notice, appending the transcript of his November 5, 2008 parole hearing and a

26 psychological evaluation of Petitioner dated July 30, 2008. (Doc. 20).   Respondent has not file an

27 opposition to Petitioner's request.

28

1    The Court construes Petitioner's request for judicial notice as a motion to supplement his

2  Traverse with the 2008 parole transcript and the July 30, 2008 psychological evaluation.  So

3  construing Petitioner's request, the Court grants Petitioner's request.

4                                            **ORDER**

5    For the foregoing reasons, it is HEREBY ORDERED as follows:

6    1.    Petitioner's request for judicial notice (Doc. 20), is CONSTRUED as a request to

7          supplement the Traverse; and,

8    2.    So construed, Petitioner's request to supplement the Traverse (Doc. 20), is

9          GRANTED.

10

11  IT IS SO ORDERED.

12  Dated:   **January 22, 2010**                        **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28